■ ANBY ASSOCIATES, Respondent, v JOAN MATALON, Defendant, and JUDY GARFMAN et al., Appellants.—Order, Supreme Court, New York County (Allen Myers, J.), entered on October 23, 1985, unanimously affirmed for the reasons stated by Myers, J., without costs and without disbursements. Concur—Ross, J. P., Carro, Asch, Kassal and Ellerin, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ROBERT SIEGEL, Appellant.—Judgments, Supreme Court, New York County (Harold Rothwax, J.), both rendered on May 16, 1983, unanimously affirmed.

Application by appellant's counsel to withdraw as counsel is granted. *(See, Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833.)* We have reviewed this record and agree with appellant's assigned counsel that there are no nonfrivolous points which could be raised on this appeal. Concur—Sandler, J. P., Ross, Asch, Fein and Kassal, JJ.